

# Fourth Court of Appeals
## San Antonio, Texas

December 12, 2018

No. 04-18-00706-CV

**IN THE INTEREST OF R.M.C., A CHILD,**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-00998
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

In this accelerated appeal of the September 25, 2018 order terminating appellant Mom's parental rights, Appellant's brief was due to be filed with this court on November 19, 2018. *See* TEX. R. APP. P. 38.6(a). After this court granted Mom's first motion for extension of time to file the brief, her brief was due on December 10, 2018. Before the first extended due date, Mom filed a second motion for an extension of time to file her brief. Subsequently, Mom filed her brief.

Appellant's motion is GRANTED. Appellant Mom's brief is deemed timely filed.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of December, 2018.


_____
KEITH E. HOTTLE,
Clerk of Court